**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

MARIA CRUZ CRUZ,

     Plaintiff,

        v.                                    CIV. NO. 14-1605 PG)

SAN JUAN ABSTRACT CO; et al.

     Defendants.

**FINAL JUDGMENT**

    WHEREFORE, in light of the joint stipulation for voluntary dismissal with Prejudice (Docket No. 77), it is hereby **ORDERED AND ADJUDGED** that all claims be **DISMISSED WITH PREJUDICE**, each party to bear its own costs, expenses and fees. In accordance with the stipulation, this Court shall retain jurisdiction over this case until compliance with the terms and conditions of the parties' agreement is fully attained. Moreover, the parties have agreed that this judgment shall be final and unappealable from the date of its entry.

    **IT IS SO ORDERED AND ADJUDGED.**

    In San Juan, Puerto Rico, July 9, 2015.


                    S/ <u>JUAN M. PÉREZ-GIMÉNEZ</u>
                    JUAN M. PÉREZ-GIMÉNEZ
                    UNITED STATES DISTRICT JUDGE